JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-116 RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO FILE EXHIBITS TO PRETRIAL MOTIONS UNDER SEAL |
| RYAN DELBERT MOSES, | ) | |
| Defendant. | ) | |

THE COURT having considered the motion for an Order sealing the exhibits to the defendant's Motion to Suppress Evidence and Motion to Suppress All Statements Made to Law Enforcement as Involuntary under seal, and the records and files herein, the Court hereby finds that due to the sensitive and confidential nature of the exhibits, the public's right of access is outweighed by the interests of both parties in protecting the substance of these documents from public view.

IT IS THEREFORE ORDERED that the Defendant's Motion to Seal (Dkt. #33) is GRANTED and the exhibits filed under Dkt. #34 should be sealed, and secured from public access until further Order of the Court.

DATED this 30th day of December, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL EXHIBITS TO PRETRIAL MOTIONS
(*Ryan Moses;* CR13-116RAJ)       1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**