THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-116RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| RYAN MOSES, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the recommendations of the parties and the United States Probation Office,

IT IS NOW ORDERED that Mr. Moses's conditions of supervised release are modified to include the following additional condition:

> The defendant shall abstain from the use of alcohol and/or all other intoxicants during the period of supervision and enter into alcohol treatment as directed by the supervising probation officer. Defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

IT IS FURTHER ORDERED that the appearance bond be terminated.

DATED this 16th day of March, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER MODIFYING CONDITIONS
OF SUPERVISED RELEASE
(*United States v. Moses*; CR13-116RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100